IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DWAYNE MARVIN GARRETT, § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 3:19-CV-1310-M-BH |
| § | |
| UNITED STATES OF § | |
| AMERICA, et. al, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the case will be **DISMISSED with prejudice** in its entirety as to all defendants for failure to state a claim, and the plaintiff and Shirley Dionne Garrett will be **SANCTIONED** and **BARRED** from filing any case in this district.

**SIGNED** this 4th day of December, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE